# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 79
The People &c.,
      Respondent,
    v.
Rakeem Douglas,
      Appellant.

Stephen R. Strother, for appellant.
Stephen J. Kress, for respondent.

Reargument ordered for a future Court session. Acting Chief Judge Cannataro and Judges Rivera, Garcia, Wilson, Singas and Troutman concur.

Decided October 20, 2022